UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BELL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:10CV00125 SNLJ |
| | ) | |
| MICHAEL HAKALA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's October 25, 2010 Request for Court's Civil Justice Delay and Expense Reduction Plan ("Plan") (#24). Plaintiff requests that the Court direct the clerk to send him a copy of the Plan. However, the Plan is no longer effective, as its provisions have been incorporated into the Court's Local Rules.

The Court also notes that the plaintiff has attached to his Request a proposed order to show cause for a preliminary injunction. Because plaintiff does not explain the inclusion of this proposed order, and because it is inappropriate, it will be stricken. The plaintiff is instructed not to send such extraneous papers in future filings.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's Request for Court's Civil Justice Delay and Expense Reduction Plan (#24), filed October 25, 2010, is DENIED.

**IT IS FURTHER ORDERED** that the plaintiff's Proposed Order to Show Cause for a Preliminary Injunction is STRICKEN.

Dated this __22nd__ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE