UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ROBERT BELL, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:10CV00125 SNLJ |
| MICHAEL HAKALA, et al., | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's November 15, 2010 Motion for Leave to File an Amended Complaint (#25). When plaintiff first filed his complaint, he did not know the first names of several of the named defendants. Plaintiff has since learned the names of defendants Dr. Russel M. Graham and Ms. Joyce Dickerson. Plaintiffs asks for leave to amend his complaint to reflect those defendants' full names.

The Court notes that while counsel for defendant Dr. Michael Hakala has entered an appearance and filed an answer, counsel has neither appeared nor filed an answer on behalf of defendant Dr. Russel Graham. A waiver of service letter was sent to Correctional Medical Systems, which was presumably defendants Hakala and Graham's employer, on August 17, 2010 (#6), but counsel has notified the Court that Dr. Graham is not employed by Correction Medical Systems. The plaintiff must therefore furnish the Court with an address for Defendant Graham in order to serve Defendant Graham with the complaint.

The Court also notes that the plaintiff has attached to his Request a proposed order to show cause for a preliminary injunction. Because plaintiff does not explain the inclusion of this

proposed order, and because it is inappropriate, it will be stricken. The plaintiff is instructed not to send such extraneous papers in future filings.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's November 15, 2010 Motion for Leave to File an Amended Complaint (#25) is GRANTED.

**IT IS FURTHER ORDERED** that the plaintiff shall furnish the Court with an address for Defendant Graham.

**IT IS FINALLY ORDERED** that the plaintiff's Proposed Order to Show Cause for a Preliminary Injunction is STRICKEN.

Dated this  22nd  day of November, 2010.

                                              UNITED STATES DISTRICT JUDGE